UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    INTERVENTIONAL THERAPIES, LLC

                   Plaintiff(s)

    -vs-                                           03-CV-6644T

    ABBOTT LABORATORIES

                   Defendant(s)
_____

    The parties having electronically filed a Stipulation of Dismissal on January 6, 2006, it is hereby,

    ORDERED, that the above action is hereby dismissed in accordance with the above referenced stipulation.

    SO ORDERED.

                                       S/ MICHAEL A. TELESCA
                                       MICHAEL A. TELESCA
                                       United States District Judge

Dated: January 9, 2006